UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re )
 )
    WHEELER KEATON, JR., ) Case Number 6:11-bk-02008-ABB
 ) Chapter 7
        Debtor(s). )

REPORT AND NOTICE OF TRUSTEE'S
INTENTION TO ABANDON PROPERTY OF THE ESTATE

TO: All Interested Parties

FROM: Leigh Richard Meininger, Trustee

Pursuant to 11 U.S.C. §554, and F.R.B.P. 6007, notice is hereby given of the

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date this paper is entered on the docket[1]. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 W. Central Blvd., Suite 950, Orlando, Florida 32801 and serve a copy on Leigh Richard Meininger, Trustee, Post Office Box 1946, Orlando, Florida 32802-1946.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

---

[1] Unless otherwise stated, the date of docketing is the same as the date of service below.

abandonment of all right, title and interest in the property described below:

2006 Dodge Charger, Vehicle Identification Number Unknown (the "Property")

The Property is being abandoned for the following reasons:

1 The Property is subject to a lien which is equal to or greater than its value or the Property is of nominal value to the estate.

2. Further administration of the Property is burdensome to the estate.

I HEREBY that a true and correct copy of the foregoing has been furnished via Electronic Notice or United States Mail, postage prepaid this 2nd day of November, 2011 to all persons on a current mailing matrix attached to the original of this document.

Dated this 2nd day of November, 2011.

/s/ Leigh Richard Meininger
Leigh Richard Meininger, Esquire
Meininger & Meininger, P.A.
Post Office Box 1946
Orlando, Florida 32802-1946
Phone (407) 246-1585
Facsimile (407) 246-7101
E Mail: leigh@meiningerlaw.com
Florida Bar Number: 0765562
Attorney for Trustee